# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1965.  HORTON v. THE STATE.**

On July 5, 2012, Appellee the State of Georgia filed a MOTION TO DISMISS APPEAL based on Appellant Angel Horton's failure to file a brief and enumeration of errors in support of her appeal.  As this appeal was docketed on May 24, 2012, Appellant's brief and enumeration of errors were required to be filed no later than June 13, 2012.  See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of errors shall be filed within 20 days after the appeal is docketed unless extended by this Court).  This Court subsequently granted Appellant an extension of time in which to file her brief and enumeration of errors, ultimately extending her deadline until June 27, 2012.  As of July 10, 2012, however, Appellant has still failed to submit a brief and enumeration of erros.  Accordingly, Appellee's MOTION TO DISMISS APPEAL is hereby GRANTED, and Case No. A12A1965 is DISMISSED for Appellant's failure to file a brief and enumeration of errros in support of her appeal.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 07/16/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*